# IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| 371P15 | State v. Wayne Allen Davis | Def's PDR Under N.C.G.S. § 7A-31 (COA15-220) | Denied |
| 376A15 | Paramount, Rx, Inc. v. Robert E. Duggan and Agelity, Inc. | Plt and Defs' Joint Motion to Stay the Appeal | Allowed **02/24/2016** |
| 382P93-2 | State v. Truman Calvin Boone | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Guilford | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 382P10-5 | State v. John Lewis Wray, Jr. | Def's *Pro Se* Motion for Notice of Appeal | Dismissed **Beasley, J., recused** |
| 386P15 | John James Scheffer, Individually and as Administrator of the Estate of Jeremy Talbot Scheffer, Deceased v. Nathaniel Eugene Dalton | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-264) | 1. Denied |
| | | 2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as moot |
| | | 3. N.C. Association of Defense Attorneys' Conditional Motion for Leave to File Amicus Brief | 3. Dismissed as moot |
| 388A10 | State v. Andrew Darrin Ramseur (DEATH) | 1. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Iredell County | 1. Allowed |
| | | 2. Def's Motion to Maintain Stay of Direct Appeal | 2. Allowed **06/10/2015** |
| 393P15 | State v. James Preston Davis | Def's PDR Under N.C.G.S. § 7A-31 (COA15-222) | Denied |
| 394P15 | Alan Savage v. Julie Anne Zelent a/k/a Julie Anne Phillips a/k/a Julie A. McSwain | Def's PDR Under N.C.G.S. § 7A-31 (COA15-282) | Denied |
| 407P15 | State v. Larry Ricardo Tart | Def's *Pro Se* Motion for Notice of Appeal | Dismissed |
| 412P15 | Gregory Allen Taylor v. Harnett County District Court Jacqualyn L. Lee | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |